Edward Pruitt
Sid # 814025
200 North Comal
San Antonio TX
78207

E-Filing: CV-07-6486 VRW
CV-07-6485

Clerk of District Court
Richard W. Wieking

Dear Sir or Madam

I recieve your letter requesting documentation concerning money, Trust account or any other cash. Sir to my knowledge I have no money and the money I recieve for the last 6 months has total less than a Hundred dollars. In Fact my mother send me approxiatally $10.00 per months. I have been here since August 1, 2007 and before that I was in Jail in Alameda Ca. Santa Rita Jail Dublin CA. This letter and the Contents is the Truth to the best of my knowledge And I send this letter In Good Faith.

God Bless
Edward Pruitt
Edward Pruitt

Feb 20, 2008

Home Address
7339 Booker Bay
San Antonio TX
78207

**FILED**
FEB 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Edward Pruitt
Sid# 814625
200 North Comal
San Antonio, TX
78207

Legal Mail

Office of Clerk, U.S. Dist. Court
Northern District of Calif.
450 Golden Gate Avenue
San Francisco Calif.
94102

Attn: Clerk of District Court